UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEHAN ZEB MIR, MD,

                              Plaintiff,

              -against-                                    1:19-CV-6374 (LLS)

HOWARD ZUCKER, M.D., Current                              CIVIL JUDGMENT
Commissioner N.Y. Department of Health-In
Individual & Official Capacity, et al.,

                              Defendants.

        Pursuant to the order issued April 28, 2020, dismissing this action,

        IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court

dismisses Plaintiff's federal claims for failure to state a claim on which relief may be granted and

as frivolous. The Court declines to consider, under its supplemental jurisdiction, any of

Plaintiff's claims brought under state law. 28 U.S.C. § 1367(c)(3).

        Plaintiff has consented to electronic service of Court documents. (ECF 9.)

SO ORDERED.

  Dated:    April 29, 2020
            New York, New York

                                                    _Louis L. Stanton_____
                                                        Louis L. Stanton
                                                            U.S.D.J.